# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB HOWARD, | ) | No. CV 04-5570-JFW(CW)[1] |
| | ) | |
|         Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
|     v. | ) | MAGISTRATE JUDGE |
| | ) | |
| LEE BACA, et al., | ) | |
| | ) | |
|         Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motion for summary judgment (docket no. 69, filed March 13, 2009) be granted; and (3) that judgment be entered dismissing this action,

---

[1] Plaintiff has another action pending in this court: Howard v. Gambino, No. CV 01-5689-JFW(CW). This Order and the Judgment filed concurrently concern only the present action.

without prejudice, for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: April 22, 2010

JOHN F. WALTER
United States District Judge