JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB HOWARD, | ) | No. CV 04-5570-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LEE BACA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: <u>April 22, 2010</u>

_____
JOHN F. WALTER
United States District Judge